IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00126-CV

 

Imperial Lofts, LTD.,

                                                                                    Appellant

 v.

 

Imperial Woodworks, Inc.,

                                                                                    Appellee

 

 

 



From the 74th District Court

McLennan County, Texas

Trial Court No. 2000-2990-3

 



ORDER ON Opinion



 








To correct a typographical error, the Court’s
Opinion dated November 7, 2007, is withdrawn, and the Opinion dated November 21,
2007, is substituted therefor.

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Order
issued and filed November 21, 2007

Do
not publish